IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ALEJANDRO VALLESILLO, individually, and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>MONEY TREE MERCHANT SERVICES CORP., a New York Corporation; and APEX RESULTS MARKETING INC.,<br><br>Defendants. | 8:23CV536<br><br>**ORDER** |

The court has been advised that the parties in the above-captioned matter have settled their claims.

Accordingly,

IT IS ORDERED that:

1) Within thirty (30) calendar days of the date of this order, the parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court.

2) Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3)     All deadlines, including Apex Results Marketing, Inc.'s deadline to file a responsive pleading, are stayed pending further order of the Court.

4)     The clerk shall terminate any pretrial and trial settings and any hearings set for this case.

Dated this 26th day of August, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge