IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ALEJANDRO VALLESILLO, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MONEY TREE MERCHANT SERVICES CORP., a New York Corporation; and APEX RESULTS MARKETING INC.,<br><br>Defendants. | 8:23CV536<br><br>ORDER ON STIPULATION OF VOLUNTARY DISMISSAL |

This case is before the Court on the parties' Stipulation of Voluntary Dismissal signed by counsel for all parties. Filing 58. The parties stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to the voluntary dismissal of all claims against each other, with each side bearing its own costs, expenses, and attorney's fees. Filing 58 at 1. Accordingly,

IT IS ORDERED that the parties' Stipulation of Voluntary Dismissal, Filing 58, is accepted, and all claims in this action are dismissed, with each side bearing its own costs, expenses, and attorney's fees.

Dated this 11th day of October, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

1